UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

==Motion GRANTED for extension to 4/3/13.==

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 3:12-00200-1 |
| | ) Judge Trauger |
| MARQUEZ BEECH | ) |

MOTION FOR EXTENSION OF TIME TO FILE POSITION STATEMENT

Comes now the Defendant, through counsel, and moves this Honorable Court for an extension of time until Wednesday, April 3, 2013, to file his position statement which has been dictated but there exists problems with the office's dictation system which prevent timely filing.

Respectfully submitted,

s/ *C. Douglas Thoresen*
C. DOUGLAS THORESEN (BPR #004012)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047

CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2013, I electronically filed the foregoing *Motion for Extension of Time to File Position Statement* with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: Clay T. Lee, Assistant United States Attorney, 110 Ninth Avenue South, Suite A961, Nashville, TN 37203.

s/ *C. Douglas Thoresen*
C. DOUGLAS THORESEN